No. 79–404.   UNITED STATES v. CORTEZ ET AL.   C. A. 9th Cir.   Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.

No. 79–1344.   MICHAEL M. v. SUPERIOR COURT OF SONOMA COUNTY (CALIFORNIA, REAL PARTY IN INTEREST).   Sup. Ct. Cal.   Certiorari granted.

No. 79–1404.   PENNHURST STATE SCHOOL AND HOSPITAL ET AL. v. HALDERMAN ET AL.;
No. 79–1408.   MAYOR OF PHILADELPHIA ET AL. v. HALDERMAN ET AL.;
No. 79–1414.   PENNSYLVANIA ASSOCIATION FOR RETARDED CITIZENS ET AL. v. PENNHURST STATE SCHOOL AND HOSPITAL ET AL.;
No. 79–1415.   COMMISSIONERS AND MENTAL HEALTH/MENTAL RETARDATION ADMINISTRATOR FOR BUCKS COUNTY ET AL. v. HALDERMAN ET AL.; and
No. 79–1489.   PENNHURST PARENTS-STAFF ASSN. v. HALDERMAN ET AL.   C. A. 3d Cir.   Certiorari granted except as to Question 3, presented in petitions Nos. 79–1404 and 79–1489.   Counsel are also requested to brief and argue the following question: Does 42 U. S. C. § 1983 provide a private remedy to enforce the provisions of the Developmentally Disabled Assistance and Bill of Rights Act, 42 U. S. C. § 6000 *et seq.*?   Cases consolidated and a total of two hours allotted for oral argument.   Reported below: 612 F. 2d 84.

No. 79–1062.   MARKHAM v. PITCHESS, SHERIFF, ET AL. C. A. 9th Cir.   Certiorari denied.